**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01033-CV

**HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant**

**V.**

**ALBERRAMAN L. CASTILLO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03266-B**

## ORDER

Before the Court is court reporter Robin N. Washington's November 12, 2018 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the record be filed no later than December 12, 2018.

/s/    DAVID EVANS
          JUSTICE